UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIN DEAN RIEMAN,

           Plaintiff,

   v.

MARGARET GILBERT,

           Defendant.

CASE NO. 3:16-cv-05250 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner paid the filing fee, the Court denies his IFP motion as moot.

**DATED** this 10th day of May, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1