# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ERIN DEAN RIEMAN,

        Petitioner,

v.

MARGARET GILBERT,

        Respondent.

CASE NO. 3:16-cv-05250-RBL-JRC

ORDER FOR ORAL ARGUMENT

This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254. All parties are represented by counsel.

On October 12, 2017, after petitioner acquired counsel, the Court granted an unopposed motion to allow supplemental briefing. Dkt. 44. Both parties have now filed supplemental briefing and exhibits. Dkts. 39, 41, 42, 43, 45, 47. Pursuant to Local Rule 7(b)(3), the Court has the discretion to order oral argument.

Accordingly, the Court orders that counsel for the parties appear for oral argument on the above noted habeas petition at Courtroom D of the United States District Court at Tacoma, 1717 Pacific Avenue, Tacoma, WA 98402, on **Friday, January 12, 2018 at 9:00 AM.**

If this date does not work for a party, the parties must confer and propose an alternate date by Wednesday, January 10, 2018. The parties must then notify the Court by contacting the undersigned's judicial assistance, Sandy Huntington, at sandy_huntington@wawd.uscourts.gov or by telephone at 253-882-3780.

This is not intended to be an evidentiary hearing, but rather oral argument regarding the legal issues raised by the pleadings. The parties should be prepared to discuss the following topics:

1) If an affidavit is undisputed, is the Court still required to conduct an evidentiary hearing in order to evaluate the credibility of the testimony?
2) If an evidentiary hearing is appropriate, what evidence may the Court consider in making a recommendation to the District Court? Is it only that evidence that would be admissible at trial?
3) To what extent do the Federal Rules of Evidence apply to petitioner's requested evidentiary hearings?
4) In this case, what evidence has been presented by petitioner that constitutes "newly discovered evidence"?
5) If the Court determines that petitioner's *Alford* plea was involuntary, need the Court make a further determination on petitioner's claim of stand-alone actual innocence?

The parties will have fifteen minutes each to present their arguments to the Court.

1 | The Clerk shall send a copy of this order to counsel for both petitioner and respondent.

2 | Dated this 5th day of January, 2018.

*[signature]*

J. Richard Creatura
United States Magistrate Judge