# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ERIN DEAN RIEMAN,

        Petitioner,

v.

MARGARET GILBERT,

        Respondent.

CASE NO. 3:16-cv-05250-RBL-JRC

ORDER DENYING FIRST MOTION FOR EXCESS PAGES AND GRANTING SECOND MOTION FOR EXCESS PAGES

    Petitioner Erin Dean Rieman filed two requests for excess pages: one requesting additional space in their response to respondent's objections (Dkt. 55); and one requesting an additional one-half page above the mandated six pages for a reply (Dkt. 59). Petitioner's second motion for excess pages was filed simultaneously with his overlength reply. Dkt. 60.

    Petitioner first asks for leave to file excess pages to respond to respondent's objections. Dkt. 60. However, the District Court has already ruled on respondent's objections. *See* Dkt. 64. Therefore, the length of petitioner's response is now immaterial and the Court denies petitioner's first motion for excess pages (Dkt. 55) as moot.

1       Second, petitioner asks for leave to file excess pages in his reply to respondent's response
2 to petitioner's motion to expand the record pending before this Court. Dkt. 59. Though motions
3 for overlength briefs are generally disfavored, the Court may consider them if they are filed no
4 later than three days before the brief is due, be no more than two pages in length, and specify the
5 amount of additional space requested. LCR 7(f). Petitioner has adhered to all of these
6 requirements. Therefore, the Court grants petitioner's second motion for excess pages (Dkt. 59)
7 and will accept petitioner's reply brief of six and one-half pages.

      Dated this 2nd day of March, 2018.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge