HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIN DEAN RIEMAN,

    Petitioner,

v.

MARGARET GILBERT,

    Respondent.

CASE NO. C16-5250 RBL

ORDER

THIS MATTER is before the Court on Magistrate Creatura's Report and Recommendation [Dkt. # 87] regarding petitioner Rieman's § 2254 Petition for Writ of Habeas Corpus [Dkt. #5].

1. The Report and Recommendation (as clarified by Judge Creatura's recent Order [Dkt. # 91]) is **ADOPTED;**
2. Petitioner's Petition is **GRANTED**
3. Petitioner's requested remedy of release is **GRANTED** and the Respondent **SHALL RELEASE** Rieman **within 30 days** of this Order**.**
4. Rieman's requests for additional relief are **DENIED**.

5. If Petitioner appeals this Order, he is **GRANTED** a Certificate of Appealability.

IT IS SO ORDERED.

Dated this 7th day of May, 2018.

								 /s/ Ronald B. Leighton
								Ronald B. Leighton
								United States District Judge